**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

## <u>INDEX OF EXHIBITS</u>

| <u>Exhibit</u> | <u>Description</u> |
|---|---|
| 1 | BOP Inmate History Quarters |
| 2 | BOP medical records from 1/9/26-5/5/26 |