UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

Plaintiff,

v.

Olee W. Robinson,

Defendant.

Case No. 93-50028

Hon. Terrence G. Berg
United States District Judge

---

**United States of America's Response to Robinson's Motion for Relief (ECF No. 753)**

---

On July 16, 2026, Robinson filed a motion requesting relief. It is unclear whether Robinson is filing a motion to compel the Court to obtain a formal recommendation regarding Robinson's compassionate release (ECF No. 753, PageID.22419), issue a decision favorable to Robinson (*Id*. at PageID.22420), or simply requesting a copy of the August 28, 2025, Bureau of Prisons (BOP) progress report. (*Id*. at PageID.22423).

Counsel did not provide the full email correspondence from BOP, but from the context provided it appears to refer to providing the August 28, 2025 progress report, and not any other document. (*Id*.). The government requested and obtained the August 28, 2025 progress report from BOP following Robinson's latest

supplemental motion and the government provides a copy with this response. (Exhibit 1). The progress report does not recommend release.

Respectfully submitted,

Jerome F. Gorgon Jr.
United States Attorney

Dated: July 21, 2026

s/*Christopher W. Rawsthorne*
Assistant United States Attorney
210 Federal Building
600 Church Street
Flint, Michigan 48502
Telephone: (810) 766-5177
Email: Christopher.rawsthorne@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on July 21, 2026, I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the attorneys of record.

s/Jessica Stanton
United States Attorney's Office